

IN RE:

| | |
|---|---|
| PREMIER HOLDINGS OF TEXAS LP,  dba | § |
| MONEY MORTGAGE LTD; dba LAPIN 7 | § |
| WIGGLETON LTD; dba PREMIER | § |
| HOLDINGS OF TEXAS LLC | § |
| | § |
| DON WHALEY, ET AL | § |
| | § |
| V | § |
| | § |
| MANN FRANKFORT, STEIN & LIPP | § |
| ADVISORS, INC., ET AL | § |
| | § |

**H-05-1103** ✓

ADVERSARY NO. 04-3889

---

## O R D E R

---

The reference is WITHDRAWN in adversary proceeding No. 04-3889.

Signed the _29th_ of March, 2005.

Kenneth M. Hoyt
U. S. District Judge