IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DON WHALEY, et al., | § § § | |
| Plaintiffs | § § | |
| v. | § § | C.A. No. 05-01103 |
| MANN FRANKFORT STEIN & LIPP ADVISORS, INC., et al., | § § § § | |
| Defendants | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs file this Notice of Appeal. Pursuant to Federal Rule of Appellate Procedure 3(c), Plaintiffs provide the following information:

1. All Plaintiffs take this appeal from the District Court's Order [Docket No. 8] entered on May 6, 2005. A true and correct copy of the District Court's Order is attached as Exhibit A.

2. This appeal is taken to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

MEHAFFY WEBER, P.C.

*[signature]*

Ernest W. Boyd, Jr.
State Bar No. 00783694
Federal ID No. 23211
Susan Hardie Jacks
State Bar No. 08957600
Federal ID No. 4192
Jeremy R. Stone
State Bar No. 24013577
Federal ID No. 27060
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Appeal was served upon all counsel of record listed below via United States Certified Mail Return Receipt Requested on this 6th day of June, 2005.

>Mr. Stephen D. Susman
>Mr. Robert Rivera, Jr.
>Susman Godfrey, LLP
>1000 Louisiana, Suite 5100
>Houston, Texas 77002-5096
>
>Mr. George T. Shipley
>Baker & Botts LLP
>910 Louisiana
>Houston, Texas 77002-4995
>
>Ms. Linda Broocks
>Ogden, Gibson, White Broocks & Longoria, L.L.P.
>2100 Pennzoil South Tower
>711 Louisiana Street
>Houston, Texas 77002
>
>Mr. William N. Radford
>Thompson, Coe, Cousins & Irons, L.L.P.
>700 N. Pearl Street, 25[th] Floor
>Dallas, Texas 75201-1853
>
>Mr. Eric Schwartz
>10350 West Bay Harbor Drive, No. 10 D.
>Bay Harbor, Florida 35154

_____
Ernest W. Boyd

United States Courts
Southern District of Texas
ENTERED

MAY 0 6 2005

Michael N. Milby, Clerk of Court

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PREMIERE HOLDINGS OF TEXAS L.P. ET AL., | § § § § § | Jointly administered under CASE NO. 01-40836-H2-11 CASE NO. 01-40837-H2-11 CASE NO. 01-40838-H3-11 |
| DEBTORS | § | CHAPTER 11 |
| DON WHALEY, MARY WHALEY AND VINCENT COLEMAN Plaintiffs, | § § § § | |
| vs. | § § | Adversary No. 04-3889 CV H 05-01103 |
| MANN, FRANKFORT, STEIN & LIPP, ADVISORS, INC., ET AL. | § § § | |
| Defendants. | § § | |

## Order

This Court has considered the Motion to Abstain and Remand. The Court ORDERS the following:

(a) To the extent that the state court claims seek to litigate claims or causes of action raised by the Liquidating Tort Trustee those claims are STAYED, and the Court directs the plaintiffs to dismiss any such claims;

(b) To the extent that the state court claims seek to recover damages duplicative of those sought by the Liquidating Tort Trustee, those claims are STAYED, and the Court directs the plaintiffs to dismiss any such claims; and

(c) To the extent that the state court claims seek to recover damages against Mann Frankfort that arise for accounting, auditing or other services performed by Mann Frankfort for the benefit of the Premiere entities, they are STAYED, and the Court directs the plaintiffs to dismiss any such claims.

SIGNED this 6th day of May, 2005.

UNITED STATES DISTRICT JUDGE



EXHIBIT A