# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

**MICHAEL N. MILBY**                              **POST OFFICE BOX 61010**
**CLERK**                                              **HOUSTON, TEXAS 77208**

June 9, 2005

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

IN RE:    PREMIER HOLDINGS OF TEXAS LP, DEBTOR
           4:05CV1103


Dear Mr. Fulbruge:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

                       RECORD ON APPEAL
                        consisting of:

               2 VOLUMES OF ELECTRONIC RECORD


Very Truly Yours,

Michael N. Milby, Clerk


_____
Deputy Clerk

cc: all parties

